IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LARRY JAMES KUDSK,

    Plaintiff,

  v.

LIBERTY MUTUAL INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, and DOES 1–5,

    Defendants.

No. C 17-03897 WHA

**ORDER GRANTING MOTION TO INTERVENE AND VACATING HEARING**

With the agreement of both sides, the motion of Kirlin Builder, LLC, to intervene in his matter is hereby **GRANTED**. The intervenor is subject to the case management order, which is the subject of today's conference. The hearing on the motion to intervene is **VACATED**.

**IT IS SO ORDERED.**

Dated: October 12, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE